[No. 30347-3-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM L. FOMAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-01943-8, Stephen M. Gaddis, J. Pro Tem.,

entered February 21, 1992. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Coleman, J.